# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

J. BENJAMIN ZAPATA AND
AMANDA ZAPATA

NO.  2020 CW 0560

VERSUS

STEPHEN WAYNE SEAL,
DIVERSIFIED WELL LOGGING,
INC. AND NAVIGATORS
INSURANCE COMPANY

**SEPTEMBER 01, 2020**

---

In Re:   Stephen Wayne Seal, Diversified Well Logging, Inc. and
         Navigators Insurance Company, applying for supervisory
         writs, 21st Judicial District Court, Parish of
         Tangipahoa, No. 20150000461.

---

**BEFORE:   HIGGINBOTHAM, PENZATO, AND LANIER, JJ.**

   **WRIT   DENIED.**   The   criteria   set   forth   in   **Herlitz
Construction Co., Inc. v. Hotel Investors of New Iberia, Inc.,**
396 So.2d 878 (La. 1981) (*per curiam*) are not met.

                          **TMH**
                          **AHP**
                          **WIL**

COURT OF APPEAL, FIRST CIRCUIT

_____
        DEPUTY CLERK OF COURT
           FOR THE COURT